FILED

08 JAN 10 AM 10: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAI CHANG,

          Petitioner,

    v.

SHARON SMITH NEVINS,
**Executive Director,**

          Respondent.

C 06-7687 WHA (pr)

**ORDER**

On application of counsel and good cause appearing, the time to file the response to the Order to Show Cause is extended to and including February 11, 2008.

Dated: 1 - 10 - 08

_____
WILLIAM H. ALSUP
United States District Court Judge

SF2007402034