IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI CHANG,<br><br>        Petitioner,<br><br>  v.<br><br>SHARON SMITH NEVINS,<br>Executive Director,<br><br>        Respondent.<br>                                  / | No. C 06-7687 WHA (PR)<br><br>**DENIAL OF CERTIFICATE OF APPEALABILITY** |

        This is a habeas case filed pro se by a state prisoner. The petition was denied on the merits in an order entered on April 3, 2009. Judgment was entered that day. Petitioner has filed a notice of appeal and a request for a certificate of appealability ("COA").

        A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

1   This was not a close case. For the reasons set out in the ruling, jurists of reason would
2   not find that ruling debatable or wrong. The request for a certificate of appealability (document
3   number 23 on the docket) is **DENIED**.

4   The clerk shall transmit the file, including a copy of this order, to the Court of Appeals.
5   *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).
6   Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P. 22(b)(1), or if
7   he does not, the notice of appeal will be construed as such a request, *see* R.App.P. 22(b)(2).

8   **IT IS SO ORDERED.**

9   Dated: April   20  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.06\CHANG687.COA.wpd

2